# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

2665 4 ½ Mile Road, Racine, WI, 53402: herein described as a brown brick house with dark roof and cream colored detached garage.

)
)
)
)
)
)
)

Case No. 19-MJ-1204

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

2665 4 ½ Mile Road, Racine, WI, 53402: herein described as a brown brick house with dark roof and cream colored detached garage.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE  3/8/19   *(not to exceed 14 days)*
☒ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Honorable William E. Duffin.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/1/19 @ 7:20 p.m.   _____
                                              *Judge's signature*

City and State: Milwaukee, Wisconsin   William E. Duffin, U.S. Magistrate Judge
                                         *Printed Name and Title*

# Return

| Case No: 778040-18-0039<br>19-mj-1204 | Date and time warrant executed:<br>3-1-19  4:50 pm | Copy of warrant and inventory left with:<br>Patrick Finnell |
|---|---|---|

Inventory made in the presence of:
ATF SA Sean Carlson

Inventory of the property taken and/or name of any person(s) seized:

See Attached Inventory List

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 4-10-19

*Executing officer's signature*

ATF Special Agent Richard Connors
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: 4/10/19

William E. Duff
*United States Magistrate Judge*

Attachment A

The property to be searched is 2665 4 ½ Mile Road, Racine, WI, 53402: residence of Patrick Finnell, Jr. (DOB: 07/27/1988). Herein described as a brown brick house with dark roof and cream colored detached garage.



## ATTACHMENT B
## Particular Things to be Seized

1. ATF Form 4473s, firearms, firearm boxes, receipts and any records related to firearms, firearms accessories, ammunition, financial documents that transfer of proceeds of the above schemes, computers, electronics capable of communication, and cellphones such as:

   a. lists of contacts and any identifying information;

   b. Photographs, videos, or other media storage connected to firearms;

   c. types, amounts, and prices of firearms purchased/sold;

   d. any information related to sources or purchasers of firearms (including names, addresses, phone numbers, or any other identifying information);

   e. all bank records, checks, credit card bills, account information, and other financial records related to firearms commerce.

   f. Any and all financial records connected to the purchase/sale of firearms;

2. Cellphones, computers, and all media storage devices that may hold documentation regarding firearm or ammunition purchases/sales and customers;

3. Any and all financial records connected to the purchase/sale of firearms, and any correspondence between suspects and other firearms sellers and/or purchasers;

4. All bank records, checks, credit card bills, account information, and other financial records related to firearms and/or narcotics commerce;

5. Proceeds of drug trafficking activities, including United States currency;

6. All bank records, checks, credit card bills, account information, and other financial records; Financial records, documents, statements, or other evidence of control of bank or other financial accounts and investment funds;

7. Personal address books, telephone bills, photographs, letters, personal notes, documents and other items or lists reflecting names, addresses, telephone numbers, addresses and communications regarding illegal activities among and between members and associates involved in drug trafficking activities.

8. Documents and deeds reflecting the purchase or lease of items obtained with the proceeds from firearm trafficking activities;

9. Records of off-site locations to store proceeds and other records, including safes, vaults, or lock boxes, safe deposit box keys, records and receipts and rental agreements for storage facilities;

10. Records of mail and communications services, cellular telephones and all electronic storage areas on the device including stored telephone numbers, recently called numbers list, text messages, digital audio and or video recordings, pictures, settings, and any other user defined settings and/or data.

11. Indicia of occupancy, residency or ownership of the premises, including utility bills, telephone bills, loan payment receipts, addressed envelopes, escrow documents and keys.

12. Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

13. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

14. All records relating to violations of 18 U.S.C § 922(a)(1)(A) (engaging in a firearms business without a license), § 922(d) (transferring a firearm to a prohibited person), and § 18 U.S.C § 554 (smuggling good from the United States), 18 U.S.C. § 922(a)(1) (false statement to a material fact to FFL), 18 U.S.C. § 924(b) (interstate/foreign shipment for felony purpose), 18 U.S.C. § 922(a)(9) (non-resident/non FFL received firearms), 18 U.S.C. § 924(h) (transfer firearm to be used in drug trafficking crime), 18 U.S.C. § 924(g) (interstate travel with intent to commit drug trafficking crime), 22 U.S.C. § 2778(b)(2)(c) (illegal export of munitions), and 18 U.S.C. § 371 (conspiracy), those violations involving the suspects and residences names above and occurring after April 1, 2015, including:

   a. Records and information relating to a conspiracy traffic firearms;
   b. Records and information relating to the e-mail and Facebook accounts names in the affidavit;
   c. Records and information relating to the identity or location of the suspects;
   d. Records and information relating to communications with Internet Protocol addresses;
   e. Records and information relating to the crimes referenced in Attachment B, paragraph 14.

15. Computers or storage media used as a means to commit the violations described above;

16. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

   a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

   c. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

   d. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

   e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

   f. evidence of the times the COMPUTER was used;

g. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

h. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

i. records of or information about Internet Protocol addresses used by the COMPUTER;

j. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

k. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

# ATF Evidence Log

**Date/Time:** 3/1/19  
**Address:** 2065 9½ mile Rd, Racine, WI 53402  
**Location/Name:** Finnell's Residence  
**Other:**

**Case #:**  
**Team Leader:**  
**Photographer:**  
**Schematic Artist:**  
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 1 | | | PATRICK FINNELL PASSPORT (A) | | | LIVING ROOM DRAWER | MERV |
| 2 | | | WHITE IPHONE (E) | A1634 | | KITCHEN COUNTER | DREW |
| 3 | | | MISC DOCUMENTS (E) | Financial Documents for multiple people | | KITCHEN COUNTER | DREW |
| 4 | | | BLUE STENO NOTEBOOK (A) | with gun sale info | GUN INFO | LIVING ROOM COFFEE TABLE | FRANK |
| 5 | | | BANKING/WAGE INFO (A) | Financial Documents, Finnell | | INSIDE COFFEE TABLE/LIVING ROOM | FRANK |
| 6 | | | FINANCIAL DOCUMENTS (A) | for multiple individuals | | INSIDE COFFEE TABLE/LIVING ROOM | FRANK |
| 7 | | | CHECK BOOK/STEPHANIE FINNELL (B) | SUITCASE IN CLOSET | | | PAUL |
| 8 | | | TAURUS PT 1911 (E) | 45cal PT 1911 Mari FL 45D-Final | NEN54668 | | HAUGH |
| 9 | | | HI POINT / JS (E) | 9MM STALLARD ARMS INC | 054719 | Manitowoc OHIO | HAUGH |
| 10 | | | MOSSBERG 500 (E) 12g | P938688 | | | HAUGH |
| 11 | | | GR F42 (model) 303 cal (E) | 17459 | | | HAUGH |

# ATF Evidence Log

Case #: 

Date/Time: 

Address: 

Location/Name: 

Other: 

Team Leader: 

Photographer: 

Schematic Artist: 

Other: 

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.) | | Finder |
|---|---|---|---|---|---|
| 12 | | | FA CUGIR FOR M+M INC (6 dov'd) (E) | | HAUCH |
| Make/Model: MODEL M10-762 | | | Serial/Unique #: MA-4397-12 | Location Found: ROMANIA AFG 7.62x39 cal | |
| 13 | | | PATRICK FINNEL ID & (E) | | HAUCH |
| Make/Model: | | | Serial/Unique #: FINANCIAL DOCUMENTS | Location Found: INSIDE NIGHTSTAND | |

Evidence Tech: _____ Signature: _____ Page: ____ of ____